**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

A.G.,                      :   No. 161 MAL 2017
                                     :
            Respondent           :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
               v.                      :
                                       :
                                       :
M.A.,                     :
                                       :
            Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.